UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ELECTRONICALLY FILED

| | |
|---|---|
| KIN GIBSON ) | |
| ) | |
| PLAINTIFF ) | |
| ) | Civil Action No. 3:24-cv-3-CHB |
| v. ) | |
| ) | |
| SANTOS ORTIZ; ) | |
| AMERICAN FURNITURE RENTALS, ) | |
| INC. ) | |
| and ) | |
| ALLSTATE PROPERTY AND CASUALTY ) | |
| INSURANCE COMPANY ) | |
| ) | Removed from: |
| DEFENDANTS ) | Jefferson Circuit Court |
| ) | Case No. 23-CI-07360 |
| ) | |

## NOTICE OF REMOVAL

Comes the Defendant, Santos Ortiz ("Ortiz"), by counsel, and for its notice of removal of this action from Louisville Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division, states as follows:

1. On December 14, 2023, Ortiz was served with the Plaintiff's complaint, and summons filed in the Louisville Circuit Court, under case number 23-CI-7360.

2. Upon information and belief, and at all times relevant hereto, Plaintiff Kin Gibson was and is an individual resident and citizen of the Commonwealth of Kentucky. Upon information and belief, the Plaintiff claims damages are in excess of $75,000, exclusive of interest and costs.

1

3. Defendant Ortiz is and was at all times relevant hereto, including the time of the filing of this notice of removal and at the commencement of the state court action, a resident of the State of Illinois.

4. Defendant American Furniture Rentals, Inc. is and was at all times relevant hereto, including the time of the filing of this notice of removal and at the commencement of the state court action, a Pennsylvania corporation with a principal office address of 983 Indian Creek Road, Jenkintown, PA 19046.

5. Defendant Allstate Property and Casualty Company is and was at all times relevant hereto, including the time of the filing of this notice of removal and at the commencement of the state court action, a Delaware corporation with a principal office in Illinois.

6. Copies of all process and pleadings in the state court action are attached hereto as required by 28 U.S.C. § 1446(a).

7. The action is one over which the Court has original jurisdiction under 28 U.S.C. § 1332(a)(1), and is one which the Defendants may remove to this Court under 28 U.S.C. § 1441, because this is an action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

8. This notice of removal is filed within 30 days after Ortiz was served with the Plaintiff's complaint in the state court action, and within one year after the commencement of this action.

9. Defendants have all consented to the removal of this case from state to federal court.

Respectfully submitted,

/s/Jarad N. Key
Charles H. Cassis, Esq.
Jarad N. Key, Esq.
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, KY  40059
jkey@goldbergsimpson.com
PH: (502) 589-4440 / FAX: (502) 581-1344
*Counsel for Defendant, Santos Ortiz*

### CERTIFICATE OF SERVICE

I hereby certify that, on this 2nd day of January 2024, I electronically filed this document through the ECF system, and I served this document through regular U.S. Mail, postage prepaid, upon the following:

| | |
|---|---|
| Chauncey R. Hiestand, Esq. | Valerie W. Herbert, Esq. |
| Winton & Hiestand Law Group, PLLC | Travis Herbert & Stempien, PLLC |
| 905 Baxter Avenue | 11507 Main Street |
| Louisville, KY 40204 | Louisville, KY 40243 |
| *Counsel for Plaintiff* | *Counsel for All State Property & Casualty Insurance Company* |

/s/ Jarad N. Key
*Counsel for Defendants,*
  *Santos Ortiz*