UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KIN GIBSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:24-CV-003-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL WITH** |
| SANTOS ORTIZ, *et al.* ) | **PREJUDICE** |
| ) | |
| Defendants. ) | |
| ) | |

*** *** *** ***

This matter is before the Court on the parties' Agreed Order of Dismissal, [R. 28], of each of the plaintiff's claims against the defendants in this matter, and cross-claimant's claims against the cross-defendant in this matter. The Court notes that the Agreed Order is signed by all parties who have appeared, thus the Court construes the Agreed Order to be a Stipulation of Dismissal pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii).

Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The parties' Agreed Order of Dismissal, [**R. 28**], is **GRANTED**.

2. This matter is **DISMISSED WITH PREJUDICE** as to the plaintiff's claims against the defendants and counter-claimants' claims against the counter-defendants. Each party **SHALL** bear its own costs and fees.

3. All dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

This the 23rd day of May, 2025.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record